**UNITED STATES of America,**
**Plaintiff–Appellee**

**v.**

**Oscar PADILLA–TORRES,**
**Defendant–Appellant.**

**No. 08–40270**

**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 18, 2009.

Gerard Raphael Rawls, U.S. Attorney's Office, Eastern District of Texas, Beaumont, TX, for Plaintiff–Appellee.

Frank Warren Henderson, Assistant Federal Public Defender, Federal Defend-

er's Office, Eastern District of Texas, Tyler, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Oscar Padilla–Torres has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Padilla–Torres has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.